Steven Gerard KNOLL,
Movant-Appellant,

v.

STATE of Missouri, Respondent.

No. 50179.

Missouri Court of Appeals,
Eastern District,
Division Five.

Dec. 17, 1985.

Lindell P. Dunivan, Public Defender Com'n, Farmington, for movant-appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM:

Denial of post-conviction relief, pursuant to Rule 27.26.

Judgment affirmed.   Rule 84.16(b).